UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GUTIERREZ,<br><br>    Petitioner,<br><br>    v.<br><br>JEFFREY BEARD, SECRETARY OF CDCR,<br><br>    Respondent.. | No. EDCV 14-2621 DSF (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 3/5/15

    DALE S. FISCHER
    United States District Judge